**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 30, 2019

**VIA ECF**
Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:   United States v. Cambria Merrill
       19 Cr. 695 (ER)

Dear Judge Ramos:

Pursuant to 18 U.S.C. § 4282, I respectfully request that Your Honor endorse the enclosed order directing the U.S. Marshals Service to arrange for and fund Ms. Merrill's travel from New York, New York to Chicago, Illinois following her court appearance on Tuesday, October 1, 2019 at 11:30am. Ms. Merrill is indigent and qualifies for this relief under section 4282 of 18 U.S.C.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/
Ian Marcus Amelkin
Assistant Federal Defender
(212) 417-8733

cc:    AUSA Peter J. Davis (by ECF)

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

UNITED STATES OF AMERICA          :    TRANSPORTATION ORDER

        - v -                     :    19 Cr. 695 (ER)

CAMBRIA MERRILL,

                Defendant.        :

----------------------------------x
```

    Upon the application of **Cambria Merrill**, by her attorney, **Ian Marcus Amelkin, Esq.,** Federal Defenders of New York, pursuant to 18 U.S.C. § 4282, and upon a finding of indigence and in the interests of justice, it is hereby

    **ORDERED** that the United States Marshals Service furnish Cambria Merrill with funds to cover the cost of travel from any appropriate airport in the greater New York City area to any appropriate airport in Chicago, Illinois following her appearance in court scheduled for Tuesday, October 1, 2019 at 11:30am, leaving New York, New York no earlier than 4:00pm and no later than 10:00pm on Tuesday, October 1, 2019; and it is hereby further

    **ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated:   New York, New York          **SO ORDERED:**
        September __, 2019

 

                                                                 _____
                                                                  HONORABLE EDGARDO RAMOS
                                                                  United States District Judge