USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: 12/10/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

UNITED STATES OF AMERICA  :  **TRANSPORTATION ORDER**

   - v -  :  19 Cr. 695 (ER)

CAMBRIA MERRILL,

              Defendant.  :

----------------------------------x

Upon the application of **Cambria Merrill**, by her attorney, **Ian Marcus Amelkin, Esq.,** Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Cambria Merrill with funds to cover the cost of travel between Chicago, Illinois and New York, New York in advance of her court appearance scheduled for Friday, December 13, 2019 at 11:30am, as well as Ms. Merrill's return trip to Chicago, Illinois after her court appearance is complete;

**ORDERED** that Ms. Merrill's flight to New York arrive on December 13, 2019, and that her return flight to Chicago depart on the same day; and

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated:  New York, New York      **SO ORDERED:**
       December 10, 2019

                                         HONORABLE EDGARDO RAMOS
                                         United States District Judge