USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12/13/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

— *against* —

CAMBRIA MERRILL,

Defendant.

**ADMINISTRATIVE ORDER**

19 Crim. 695 (ER)

IT APPEARING that an indictment in *United States of America v. Cambria Merrill*, No. 19 Crim. 695, was returned by a grand jury of the Southern District of New York and assigned to a judge of this District, pursuant to the Clerk's Office regular operating procedures;

IT FURTHER APPEARING that the Office of the U.S. Attorney for the Southern District of New York has indicated that one of the alleged victims is a member of the immediate family of a sitting judge of this District; and

IT FURTHER APPEARING that the impartiality of the United States District Judges of the United States District Court for the Southern District of New York might reasonably be questioned;

IT IS THEREFORE DETERMINED that, pursuant to 28 U.S.C. § 455(a), said United States District Judges of the Southern District of New York are disqualified from presiding over this criminal action, No. 19 Crim. 695; and

IT WILL THEREFORE BE REQUESTED that the Chief Judge of the United States Court of Appeals for the Second Circuit designate a District Judge from outside the Southern District of New York, but from within the Second Circuit, pursuant to 28 U.S.C. § 292(b), to perform the duties of United States District Judge temporarily for the Southern District of New York for the specific case *United States of America v. Cambria Merrill*, No. 19 Crim. 695, and all related matters.

Dated:  December 13, 2019
        New York, New York

_____
LAURA TAYLOR SWAIN, U.S.D.J.
*Acting Chief Judge*