UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

    -V-                                    **SCHEDULING ORDER**
                                            **CR 19-695 (RJD)**

CAMBRIA MERRILL,

         Defendant(s).
-------------------------------------------------------X

**DEARIE, District Judge.**

       The Court has been advised that the parties have reached a disposition for this case and request a date be set for a remote plea hearing.

       Accordingly, the Court sets February 19, 2021 at 10:00am for the plea hearing. **Hearing will be held telephonically.  Toll free dial in number: 571-353-2300. Access Code: 934666753.**

**SO ORDERED.**

**DATED: JANUARY 22, 2021
BROOKLYN, NEW YORK**

                                             /S/ *Raymond J. Dearie*
                                             **RAYMOND J. DEARIE
                                             UNITED STATES  DISTRICT JUDGE**