UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
**UNITED STATES OF AMERICA**

        -v-                                             **NOTICE OF SENTENCING AND
                                                                            BRIEFING SCHEDULE**
                                                                            DOCKET # CR 19-695 (RJD)

**CAMBRIA MERRILL**
                **Defendant.**
-------------------------------------------------------X
**DEARIE, DISTRICT JUDGE.**

      Please note that **SENTENCE** for the above named defendant is scheduled for **AUGUST 12, 2021 at 11:00am** to be held in Courtroom 10A-S before the undersigned.

      **THE COURT SETS THE FOLLOWING BRIEFING SCHEDULE:**

**Objections to the Pre Sentence Report due on or before:**       **7/6/2021**
  (Original to be submitted to the assigned Probation Officer,
   a hard copy delivered to chambers)

**Sentence submission of defense due on or before:**       **7/29/2021**
  (A hard copy of sentence submission to be delivered to chambers and
   the assigned Probation Officer, submission to be electronically filed
   by 4:00pm on due date)

**Sentence submission of government due on or before:**       **8/5/2021**
  (A hard copy of sentence submission to be delivered to chambers and
   the assigned Probation Officer, submission to be electronically filed
   by 4:00pm on due date)

      Should counsel have any questions concerning the scheduled date, they are advised to confer with each other and jointly phone Ms. Mulqueen at 718 613-2435.

    **SO ORDERED.**
Dated:   Brooklyn, New York
          June 16, 2021

                                                  /s/Raymond J. Dearie
                                                **RAYMOND J. DEARIE
                                                UNITED STATES DISTRICT JUDGE**