UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

       -V-                                                **ORDER**
                                                           CR 19-695 (RJD)

CAMBRIA MERRILL,
                       Defendant.

-------------------------------------------------------X
**DEARIE, District Judge.**

       Supplemental sentence submissions, as discussed on the record at the August 13, 2021 Sentencing Conference is due on or before August 30, 2021. Counsel are directed to send hard copies to chambers and the assigned Probation Officer.

       Counsel are reminded that Sentence will continue on September 15, 2021 at 12:30pm, in person, in Courtroom 10-A S before the undersigned.

SO ORDERED.

Dated: August 18, 2021
Brooklyn, New York

                                                      /S/ Raymond J. Dearie
                                                      RAYMOND J. DEARIE
                                                      UNITED STATES DISTRICT JUDGE