# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

August 31, 2021

**Via ECF and Email**
The Honorable Judge Raymond J. Dearie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   United States v. Cambria Merrill
      19 Cr. 695 (RD)

Dear Judge Dearie:

  Pursuant to 18 U.S.C. § 4285, I respectfully request that Your Honor endorse the enclosed order directing the U.S. Marshals Service to arrange for and fund Ms. Cambria Merrill's travel from Chicago, Illinois, to New York, New York for her sentencing on September 15, 2021, as well as a return trip to Chicago, Illinois after her court appearance is complete. Ms. Merrill is indigent and qualifies for this relief under section 4285 of 18 U.S.C.

  Thank you for your consideration of this matter.

Respectfully submitted,

/s/ Jennifer Willis
Jennifer Willis, Esq.
Assistant Federal Defender
(212) 417-8743

cc:   AUSA Peter Davis, Esq.

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------x
UNITED STATES OF AMERICA          :    TRANSPORTATION ORDER

        - v -                     :    19 CR. 695 (RD)

CAMBRIA MERRILL,                  :

                Defendant.        :
-----------------------------------x
```

Upon the application of **Cambria Merrill**, by her attorney, **Jennifer Willis, Esq.**, Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Cambria Merrill with funds to cover the cost of travel between Chicago, Illinois and New York, New York in advance of her sentencing on September 15, 2021 at 12:30pm, as well as Ms. Merrill's return trip to Chicago, Illinois after her court appearance is complete;

**ORDERED** that Ms. Merrill's flight to New York depart on September 15, 2021 and arrive no later than 10AM that day;

**ORDERED** that Ms. Merrill's return flight to Chicago depart after 5PM on September 15, 2021.

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated:  New York, New York
        ~~August~~ Sept. 10, 2021

                                       _____
                                       HON. RAYMOND J. DEARIE, USDJ